ACCEPTED
06-15-00009-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 11:13:05 AM
DEBBIE AUTREY
CLERK

No. 06-15-00009-CV

IN THE COURT OF APPEALS FOR THE

SIXTH DISTRICT OF TEXAS

AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/3/2015 11:13:05 AM
DEBBIE AUTREY
Clerk

DENNIS RAYNER and JOE TEX XPRESS, INC.,                    Appellants,

V.

KRISTA DILLON,                                               Appellee.

## MOTION TO EXTEND TIME FOR FILING
## BRIEF OF APPELLEE

TO THE HONORABLE COURT OF APPEALS:

KRISTA DILLON, Appellee in the above styled and numbered cause, hereby moves the Court pursuant to Rule 38.6(d), Texas Rules of Appellate Procedure, for an extension of time to file her brief. As grounds for such extension the Appellee would show unto the Court the following:

I.

This is Appellee's first request for an extension of time in which to file her brief. Appellee's brief is due to be filed on September 16, 2015.

II.

Due to other previously scheduled matters, the undersigned counsel for Appellee, despite best efforts to do so, has been unable to complete research

necessary to finalize Appellee's brief in this case by the due date. Those matters include:

1. Serving as mediator in <u>Matthew Sankovich v. Grecian Hotels, LLC, et al</u>, No. 2011C-1405 in the 3rd Judicial District Court, Henderson County, Texas;

2. Attendance at hearing in <u>Brandi Williams v. Tillerd Ardean Smith, et al</u>, No. 12-0889 in the 71st Judicial District Court, Harrison County, Texas;

3. Attendance at depositions in <u>Cristina Jordan Vega v. Pedro Cano d/b/a Cano's Tax Service</u>, Cause No. 33,435 in the 76th/ 276th District Court of Titus County, Texas; and

4. Serving as mediator in <u>Earline Lahman and Randy Lahman v. Cape Fox Corporation and Nationwide Provider Solutions, LLC</u>, Cause No. 84414 in the 62nd District Court of Lamar County, Texas.

Further, due to the voluminous Reporter's Record extensive review will be required.

III.

Therefore, Appellee would request an extension of thirty (30) days in which to file her brief. The requested extension should not in the ordinary course of procedure in this court delay oral argument and submission and is not requested for delay but that justice be served.

WHEREFORE, PREMISES CONSIDERED, Appellee, KRISTA DILLON, prays that the time for filing her appellate brief be extended thirty (30) days until October 16, 2015.

Respectfully submitted,

  /s/ *John R. Mercy*
John R. Mercy
Texas State Bar No. 13947200
MERCY ✶ CARTER ✶ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com


Brent Goudarzi
Texas State Bar No. 00798218
GOUDARZI & YOUNG
P.O. Box 910
Gilmer, TX 75644
Telephone:  (903) 843-2544
Facsimile:    (903) 843-2026
Email: brent@goudarzi-young.com

ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

I have contacted Samuel V. Houston, III, Attorney for Appellants, regarding the relief sought by this motion and he has no objection to the motion.

/s/ *John R. Mercy*
John R. Mercy


## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2015, a true and correct copy of the foregoing *Motion to Extend Time for Filing Brief of Appellee* ws served on all counsel of record for Appellants by the Electronic Service Provider as follows:

Mr. Samuel V. Houston, III
HOUSTON DUNN, PLLC
4040 Broadway, Suite 440
San Antonio, TX 78209
Email: sam@hdappeals.com

Mr. Bryan P. Reese
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: breese@feesmith.com

Ms. Jennifer M Lee
FEE, SMITH, SHARP & VITULLO, L.L.P.
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, TX 75240
Email: jlee@feesmith.com

/s/ *John R. Mercy*
John R. Mercy